HEBREW PUB. CO., Respondent, v. REIBSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by the Hebrew Publishing Company against Emil Reibstein.

PER CURIAM. Motion to strike case from calendar and return it to the Trial Term for resettlement and amendment granted, without costs. This motion is granted because of the conflict on a question of fact between the coun-

sel as to whether or not Exhibit 1 is correctly printed with the alterations complained of. We express no opinion on that question, and leave it to the trial justice to determine.